Kraig C. Kazda
KAZDA LAW FIRM, P.C.
600 Central Avenue
Suite 316
Great Falls, Montana 59401
406.727.2884
Fax: 406 452-0285
kkazda@kazdalawfirm.com
State Bar I.D. 1276
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re: Robert Eugene Patterson,   )   Case. No.  15-61063
                                  )
                Debtor.           )

## CHAPTER 13 PLAN (DATED December 3rd, 2015)

1. The future earnings and other income of the Debtor(s) are submitted to the supervision and control of the Chapter 13 Standing Trustee as necessary for the execution of this Plan, and Debtor(s) shall pay to the Trustee the sum of $157.00 each month for a term of 60 months, or until all of the provisions of this Plan have been completed. Plan payments shall commence within thirty (30) days following the filing of the Plan. The Debtor(s) shall make payments directly to the Trustee until his/her/their wage deductions begin.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a) **ADMINISTRATIVE CLAIMS.** The Trustee shall pay those claims, fees or charges specified in 11 U.S.C. § 507(a)(2), including the Debtor's attorney fees and costs in such amount as may be allowed by the Court. As of the date of this plan, Debtor's counsel estimates that total attorney fees and costs for representation of Debtor (excluding the fee for filing the Debtor's petition) will be as follows:

| | |
|---|---|
| Estimated total attorney fees: | $3500.00 * |
| Estimated total costs: | + $500.00 |
| Total estimated attorney fees and costs: | = $4000.00 |
| Less retainer: | − $1402.00 |

**TOTAL FEES AND COSTS TO BE PAID THROUGH PLAN: $2598.00**
* If this figure differs from the Disclosure of Compensation originally filed by the Debtor's attorney, said Disclosure must be amended simultaneously with the filing of this plan or amended plan, as provided in F.R.B.P. 2016(b).

(b) **IMPAIRED SECURED CLAIMS.** After the payments provided for above, the Trustee shall pay allowed secured claims, as determined pursuant to 11 U.S.C. § 506(a), together with interest at the rate set forth below from the date of confirmation, on a pro rata basis, as follows:

**Name of Creditor**   **Claim Number**   **Allowed Secured Claim***   **Rate of Interest**

   This figure is the lesser of the total amount of the debt owing to the creditor or the value of the collateral securing said debt.]

Secured creditors shall retain their liens as provided by 11 U.S.C. § 1325(a)(5)(B). In order for any unsecured deficiency to be allowed and paid, a proof of claim must be filed pursuant to Montana's Local Bankruptcy Rules.

©) **UNIMPAIRED SECURED CLAIMS.** The following secured creditors, whose claims will be left unimpaired by the Plan, are not provided for by the Plan and shall receive no payments through the Trustee except with regard to those arrearages specified below, if any:

| Name of Creditor | Description of Collateral |
|---|---|
| CitiMortgage | Home |
| Wells Fargo Dealers Service | 2001 Dodge Truck |

Concurrently with the payments on impaired secured claims specified above, the following arrearages on unimpaired secured claims, if any, shall be paid through the Trustee on a pro rata basis until the same have been paid in full:

**Name of Creditor**   **Amount of Arrearage**

Upon completion of the Plan, all pre-petition arrearages provided for by this Plan shall be deemed current.

(d) **DOMESTIC SUPPORT OBLIGATIONS.** After the payments provided for above, the Trustee shall pay all allowed pre-petition domestic support obligations. Such allowed claims for pre-petition domestic support obligations shall be paid in full under this Plan, without interest (unless otherwise provided).

**Creditor**   **Complete Address**   **Claim Amount**

(e) **PRIORITY CLAIMS.** After the payments provided for above, the Trustee shall pay allowed claims entitled to priority in such order as specified in 11 U.S.C. § 507.

(f) **GENERAL UNSECURED CLAIMS.** After the payments provided for above, the Trustee shall pay dividends, to the extent possible, to allowed unsecured, nonpriority claims on a pro rata basis.

(g) **LIQUIDATION ANALYSIS.** The total amount distributed under paragraphs 2.(e) and (f) above will be at least $5854.00, which exceeds what would be available to pay unsecured claims if the Debtor's estate was liquidated under Chapter 7 of the

Bankruptcy Code. A discharge will not be entered by the Court until said sum has been distributed, or until all allowed unsecured claims have been paid in full, whichever is less.

3. **REJECTION OF CONTRACTS OR LEASES.** The Debtor(s) rejects the following executory contracts and unexpired leases, and shall surrender property subject to such contracts or leases:

| **Type of Agreement** | **Date of Agreement** | **Other Party to Contract** |
|---|---|---|

All other executory contracts and unexpired leases shall be affirmed.

4. **SURRENDER OF PROPERTY.** The Debtor(s) surrenders any and all interest in the following described collateral to the stated secured creditor in full satisfaction of the creditor's allowed secured claim. In order for any unsecured deficiency to be allowed and paid under this Plan, a proof of claim must be filed pursuant to Montana's Local Bankruptcy Rules.

| **Secured Creditor** | **Description of Collateral** |
|---|---|

5. **POST-PETITION SECURED DEBT:** The Debtor(s) reserves the right to incur post-petition secured debts, upon prior written approval of the Trustee, for items necessary to Debtor(s) performance under this Plan.

6. **REPORT OF CHANGES IN INCOME:** The Debtor(s) shall commit all projected disposable income to the Plan for the applicable commitment period and shall immediately report any changes in income in excess of $300.00 per month to the Trustee.

7. **OTHER PROVISIONS:**

8. **DECLARATIONS:** Under penalty of perjury, Debtor(s) affirms that all federal and state income, employment and other tax returns due as of the date of this plan have been filed with the appropriate agency, and that all post-petition payments due on all domestic support obligations have been paid through the date of this Plan.

9. **EFFECTS OF CONFIRMATION:** Upon Confirmation of this plan, all issues that have been or could have been decided involving any creditors are *res judicata,* and Debtor(s) reserves all rights under applicable federal and state law with regard to those issues, including rights under 11 U.S.C. § 524(i). Debtor(s) specifically reserves all rights under U.S.C. § 524(i), including the right to ensure that all post-petition mortgage payments be applied and credited to Debtor's mortgage account as if the account were current and no pre-petition default existed.

10. **PREVIOUS BANKRUPTCIES, AND DISCHARGE:** (Check one)

___ Debtor(s) is not eligible for a discharge of debts because the debtor(s) has previously received a discharge described in 11 U.S.C. § 1328(f).

_X_ Under penalty of perjury, Debtor(s) declares that he/she has not received a discharge in a previous bankruptcy case that would cause him/her to be ineligible to receive a discharge in the above-entitled case under 11 U.S.C. § 1328(f).

11. **INCOME TAX REFUNDS:** (Check one)

___  Debtor(s) projects no income tax refunds during the term of this plan. As a result, no income tax refunds will be turned over to the Trustee.

___  Debtor(s) projects income tax refunds during the term of this plan. During the applicable commitment period of the plan, as defined in 11 U.S.C. § 1325(b)(4), Debtor(s) will turn over to the trustee all net income tax refunds.

_X_  Debtor(s) projects income tax refunds during the term of this plan, and such tax refunds are included in the Debtor(s) budget.

DATED this 3rd day of December, 2015.

/S/ Robert Eugene Patterson
Robert Eugene Patterson

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing Chapter 13 Plan (Dated December 3rd, 2015), by ECF e-mail and first class mail postage pre-paid on the 3rd day of December, 2015, at:

Neal Jensen
Assistant U.S. Trustee

Robert G. Drummond
Chapter 13 Standing Trustee

Mailing Matrix (attached)

/s/ Patty Spitzer
_____

Patty Spitzer

```
Label Matrix for local noticing          U.S. Bankruptcy Court, District of MT    ACCTS MGMT
0977-2                                   Room 263 Federal Building                960 S 24TH ST. W STE. D
Case 15-61063-RBK                        400 North Main                           Billings, MT 59102-6450
U.S. Bankruptcy Court, District of Montana  Butte, MT 59701-8866
Butte
Thu Dec  3 10:58:07 MST 2015

ANESTHESIA ASSOCIATES OF GF              BENEFIS                                  BENEFIS HEALTH SYS PHYS
401 15TH AVE SOUTH                       500 15TH AVE. SO.                        C/O WFB
Great Falls, MT 59405-4434               Great Falls, MT 59405-4362               Denver, CO 80291-2613


BENEFIS HEALTH SYSTEM                    BENEFIS HOSPITALS                        BENEFIS HOSPITALS MEDICAL
C/O WELLS FARGO                          P O BOX 5096                             P O BOX 6010
Denver, CO 80291-2616                    Great Falls, MT 59403-5096               Great Falls, MT 59406-6010


BENEFIS MEDICAL GROUP                    CBS                                      CELLULAR PLUS
P O BOX 6010                             P O BOX 7339                             100 24TH ST. WEST, NO. 1
Great Falls, MT 59406-6010               Missoula, MT 59807-7339                  Billings, MT 59102-4751


CELLULAR PLUS                            CENTRON SERVICES                         CITIMORTGAGE INC
2501 ST JOHNS AVE                        2525 COLONIAL DR                         PO BOX 9438
Billings, MT 59102-4642                  Helena, MT 59601-4902                    GAITHERSBURG, MD 20898-9438


COGENT HEALTHCARE OF MT, PC              COLL PROF                                COLLECTION BUREAU SE
P O BOX 9386                             P O BOX 6337                             212 EAST SPRUCE ST  P. O. BOX 8088
Belfast, ME 04915-9386                   Great Falls, MT 59406-6337               MISSOULA, MT 59807-8088


COLLECTION PROF, INC.                    COLLECTION PROFESSIONA                   COLLECTION PROFESSIONALS, INC.
3104 W BROADWAY                          29 N CONNOR ST                           2300 12th AVENUE SOUTH
Missoula, MT 59808-1614                  SHERIDAN, WY 82801-4306                  SUITE 124
                                                                                  GREAT FALLS, MT 59405-5099


COMP. MED. REHAB/DR. GALVIS              COMPREHENSIVE MEDICAL REHAB              CONVERGENT OUTSOURCIING
500 15TH AVE. SOUTH, STE. 1              1400 29TH ST SO, 2ND FLOOR               P O BOX 9004
Great Falls, MT 59405-4324               Great Falls, MT 59405-5353               Renton, WA 98057-9004


CONVERGENT OUTSOURCING INC               CPI                                      CRDT SYSTEMS
800 SW 39TH ST.                          3104 WEST BROADWAY                       PO BOX 875
Renton, WA 98057-4975                    Missoula, MT 59808-1614                  HELENA, MT 59624-0875


CREDIT MGMT                              CREDIT MGMT                              (p)CREDIT SERVICE CO INC
4200 INTL PKWY                           P O BOX 118288                           PO BOX 80908
Carrollton, TX 75007                     Carrollton, TX 75011-8288                BILLINGS MT 59108-0908
```

| | | |
|---|---|---|
| CREDIT SERVICES CO., INC.<br>390 PRINTERS PARKWAY<br>Colorado Springs, CO 80910-3190 | CREDIT SVC CO, INC.<br>P O BOX 80908<br>Billings, MT 59108-0908 | CREDIT SYSTEMS<br>PO BOX 875<br>HELENA, MT 59624-0875 |
| CSC, INC.<br>960 S. 24TH ST W. STE. D<br>Billings, MT 59102-6450 | FROST - ARNETT CO.<br>P O BOX 198988<br>Nashville, TN 37219-8988 | GAIL K. BOURGUIGNON<br>P O BOX 7339<br>Missoula, MT 59807-7339 |
| GEMB/JC PENNEY DC<br>PO BOX 981400<br>EL PASO, TX 79998-1400 | GREAT FALLS ORTHOPEDIC<br>500 15TH AVE SO SUITE 1<br>Great Falls, MT 59405-4324 | HULL & SWINGLEY<br>P O BOX 5334<br>Helena, MT 59604 |
| JCPENNEY CARD<br>P O BOX 981131<br>EL PASO, TX 79998-1131 | MARIAS HEALTHCARE<br>P O BOX 990<br>Shelby, MT 59474-0990 | MARIAS MEDICAL CENTER<br>640 PARK AVE.<br>Shelby, MT 59474-1663 |
| MARIAS MEDICAL CENTER<br>P O BOX 915<br>Shelby, MT 59474-0915 | MCCARTHY BURGESS & WOLFF<br>26000 CANNON RD<br>Bedford, OH 44146-1807 | MDOR<br>KIM DAVIS<br>PO BOX 7701<br>HELENA MT 59604-7701 |
| MICHAEL J MOORE<br>CBS<br>Missoula, MT 59807 | MONTANA PLAINS REHABILITATION<br>500 15TH AVE. S., STE. 1<br>Great Falls, MT 59405-4324 | NATIONAL PAYMENT CENTER<br>US DEPT OF EDUCATION<br>Atlanta, GA 30348-5028 |
| OFFICE OF THE U.S. TRUSTEE<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401-3113 | PROCESSING CENTER<br>P O BOX 40647<br>Nashville, TN 37204-0647 | QWEST<br>P O BOX 173754<br>Denver, CO 80217-3754 |
| QWEST COMMUNICATIONS<br>BANKRUPTCY DEPT<br>Bismarck, ND 58501 | RADIOLOGY MONTANA, PC<br>P O BOX 9039<br>LONGVIEW, TX 75608-9039 | RODD A HAMMAN<br>2075 CENTRAL AVE, STE. 4<br>Billings, MT 59102-4956 |
| RPM<br>20816 44TH AVE W.<br>Lynnwood, WA 98036-7799 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 | VERIZON WIRELESS<br>1 VERIZON PL<br>ALPHARETTA, GA 30004-8510 |
| VERIZON WIRELESS<br>BANKRUPTCY ADMIN DEPT<br>Bloomington, IL 61702 | VISA<br>P O BOX 30131<br>Tampa, FL 33630-3131 | WFDS<br>PO BOX 1697<br>WINTERVILLE, NC 28590-1697 |

| | | |
|---|---|---|
| KRAIG C KAZDA<br>KAZDA LAW FIRM<br>600 CENTRAL AVENUE<br>SUITE 316<br>GREAT FALLS, MT 59401-3141 | ROBERT EUGENE PATTERSON, JR.<br>401 6TH AVE. SOUTH<br>SHELBY, MT 59474-2333 | ROBERT G. DRUMMOND<br>PO BOX 1829<br>GREAT FALLS, MT 59403-1829 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CREDIT SERVICE CO INC.<br>1333 NO. 27TH ST.<br>Billings, MT 59101 | (d)CREDIT SERVICE CO.<br>960 S 24TH ST. W. STE. D<br>Billings, MT 59102 | (d)CREDIT SERVICE COMPANY<br>PO BOX 20475<br>BILLINGS, MT 59104 |

CERTIFICATE OF MAILING

I hereby certify that the foregoing was duly served, by prepaid mail, upon the above named individuals and/or creditors at their last known address.

DATED this ___ day of Dec, 20__.

KAZDA LAW FIRM, PC